IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 05-CV-00901-WDM-MJW

NINA W. TRUE,

Plaintiff(s),

v.

NORTH AMERICAN PIZZA SOLUTIONS, INC., et al.,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that the Defendants' North American Pizza Solutions, Inc. and Albuquerque Pizza Solutions, LLC's Motion to Amend Scheduling Order (docket no. 49) is DENIED.  The settlement conference set on November 23, 2005, at 10:30 a.m. will proceed forward as previously scheduled.  Failure by any party or counsel in not appearing in person and participating in good faith during this settlement conference may result in sanctions.

Date:  November 21, 2005