IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 05-CV-00901-WDM-MJW

NINA W. TRUE,

Plaintiff(s),

v.

NORTH AMERICAN PIZZA SOLUTIONS, INC., et al.,

Defendant(s).

## ORDER

    It is hereby **ORDERED** that the Defendants' North American Pizza Solutions, Inc., and Albuquerque Pizza Solutions LLC's Motion for Protective Order to Prevent Disclosure of Confidential Information (docket no. 57) and Defendant Phillips' Joinder in Motion for Protective Order to Prevent Disclosure of Confidential Information (docket no. 100), are both **GRANTED** pursuant to Fed. R. Civ. P. 26(c)(7).  The Plaintiff and Plaintiff's counsel may use the below information in the form of documents and/or testimony of the same for the limited purpose of this case only and for no other purpose. Each party shall pay their own attorney fees and costs for this motion.

    Plaintiff seeks confidential commercial information in the form of loan applications and loan documents, contracts, state and federal tax returns, bank statements and banking records and bookkeeping and accounting records of Defendants. This court finds this information to be proprietary to Defendants.  This court is also aware of the fact that a case similar to the one before this court is pending in the State of New Mexico. The case number in New Mexico is D-202-CV-2005-03850, and such case is pending before the Second Judicial District Court of Bernalillo County, New Mexico, sitting in Albuquerque, New Mexico.  A party to the New Mexico case is John Warner and he is represented by counsel, Esteban Aguilar.  Plaintiff has now dismissed Mr. Warner, as a Defendant in the case before this court.  The court finds that the information listed above should be used for the limited purpose of this case and for no other purpose.

    It is **FURTHER ORDERED** that the Defendants' North American Pizza Solutions, Inc., and Albuquerque Pizza Solutions LLC's Motion for Protective Order (docket no. 58) is **GRANTED IN PART AND DENIED IN PART**.  The Motion is **GRANTED** insofar as the Plaintiff may not take the Defendant's North American Pizza Solutions, Inc., and Albuquerque Pizza Solutions LLC's Fed. R. Civ. P. 30(b)(6) witness deposition and the

Associated Fed. R. Civ. P. 34 Request for Production of Documents, Records and Things as outlined in Plaintiff's notice of Deposition (exhibit A attached to docket no. 58). Howevr, the motion is **DENIED** insofar as the Plaintiff may take the Defendant's North American Pizza Solutions, Inc., and Albuquerque Pizza Solutions LLC's Fed. R. Civ. P. 30(b)(6) witness deposition, but such deposition shall be limited in scope as follows. This deposition shall be limited in scope to questions concerning: (1) whether the default was the result of culpable conduct of the defendant, (2) whether the plaintiff would be prejudiced if the default should be set aside, and (3) whether the defendant presented a meritorious defense only noting the outstanding motions to set aside clerk's default (docket nos. 41 and 45) pending before Judge Miller. Each party shall pay their own attorney fees and costs for this motion.

DATED THIS 16TH DAY OF DECEMBER, 2005.

BY THE COURT:

s/Michael J. Watanabe
MICHAEL J. WATANABE
U.S. Magistrate Judge