IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 05-cv-00901-WDM-MJW

NINA W. TRUE,

    Plaintiff,

v.

NORTH AMERICAN PIZZA SOLUTIONS, INC., a New Mexico Corporation,
ALBUQUERQUE PIZZA SOLUTIONS, LLC, a New Mexico Limited Liability Company,
JOHN D. PHILLIPS,
HORACE CALVERT,
JODY CALVERT (a/k/a JODY LUSK), and
JOHN F. WARNER,

    Defendants.

## ORDER OF TRANSFER

Miller, J.

    This matter is before me on the motion to dismiss, or in the alternative, to transfer, filed by defendants North American Pizza Solutions, Inc. and Albuquerque Pizza Solutions, LLC. In her response to the motion, plaintiff Nina True consents to the transfer of venue to the United States District Court for the District of New Mexico pursuant to 28 U.S.C. § 1404(a).

    After review of the parties' filings, I agree that transfer is warranted under the facts and circumstances of the case.

    Accordingly, it is ordered:

1.     The motion to transfer, filed December 9, 2005 (Docket No. 90) is granted.

2.     All other pending motions are denied without prejudice to refiling if proper in the

        new venue.

3.      This case shall be transferred to the United States District Court for the District of New Mexico.

DATED at Denver, Colorado, on April 28, 2006.

                                      BY THE COURT:

                                      s/ Walker D. Miller
                                      United States District Judge